## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **17–20524 – NVA**   Chapter: **7**

**Steven E. Downey**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The Statement of Intention is missing.** |
| CURE: | **The Statement of Intention shall be filed with the Court by the date below.**<br>**A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.** |

**The above deficiency must be cured by <u>9/5/17</u> , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 8/3/17

                                        Mark A. Neal, Clerk of Court
                                        by Deputy Clerk, Lisa Alexander
                                        301−344−3378

cc:   Debtor
      Attorney for Debtor − Robert M. Stahl IV

Form stint (rev. 03/2005)