## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **17−20524 − NVA**    Chapter: **7**

**Steven E. Downey**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Matrix Verification due 08/16/2017** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**  **Federal Rule of Bankruptcy Procedure 1007** |

**All deficiencies must be cured by 8/16/17.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 8/3/17

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lisa Alexander
301−344−3378

cc:  Debtor
     Attorney for Debtor − Robert M. Stahl IV

Form ntcddl (03/05)