IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>STEVEN E. DOWNEY<br><br>    Debtor | Case No. 17-20524-NVA<br>Chapter 7 |

### NOTICE ENTERING APPEARANCE AND REQUESTS FOR ALL NOTICES

Dear Clerk:

   Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR4.  Please add my name to the mailing matrix and send all notices to:

   Mark D. Meyer, Esq.
   Rosenberg & Associates, LLC
   4340 East West Highway, Suite 600
   Bethesda, MD 20814

                                   /s/ Mark D. Meyer, Esq.
                                   Mark D. Meyer, Esq.
                                   Federal Bar 15070

### CERTIFICATE OF SERVICE

   I hereby certify that on the 8th day of August, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Monique D. Almy, Trustee

Robert M. Stahl, IV Esquire

   I hereby further certify that on the 8th day of August, 2017, a copy of the Notice of Appearance was also mailed first class mail, postage prepaid to:

Steven E. Downey
5 Northampton Rd.

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER:  64907

Lutherville Timonium, MD 21093

Respectfully Submitted,

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.
Federal Bar 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

MARK MEYER

DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 64907