IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                              *

STEVEN E. DOWNEY,                                   *   Case No. 17-20524
                                                        Chapter 7
        Debtor.                                     *
* * * * * * * * * * * * *
THE BANK OF NEW YORK MELLON,                        *

        Movant.                                     *

v.                                                  *

STEVEN E. DOWNEY, et al.                            *

        Respondents.                                *
* * * * * * * * * * * * *

CONSENT TO TERMINATION OF AUTOMATIC STAY

    The undersigned Chapter 7 Trustee hereby consents to termination of the automatic stay to permit repossession or foreclosure of the following property, provided surplus proceeds, if any, be remitted to the estate.

Property Description:    5 Northampton Road

Dated:   8/23/17                              /S/ Monique D. Almy
                                                                      Monique D. Almy, Chapter 7 Trustee

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 23rd day of August, 2017, a copy of the foregoing Consent was sent via ECF notification to the following parties registered to receive ECF notices in this case.

- **Mark David Meyer**   bankruptcy@rosenberg-assoc.com, jansell@rosenberg-assoc.com
- **Robert M. Stahl**   StahlLawCourt@comcast.net

                                                    /S/ Monique D. Almy
                                                    Monique D. Almy, Chapter 7 Trustee

41599938.1