Entered: October 3rd, 2017
Signed: October 2nd, 2017

**SO ORDERED**

NO TIMELY OPPOSITION FILED.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Located in Baltimore

| | |
|---|---|
| IN RE:<br><br>STEVEN E. DOWNEY<br><br>    Debtor | Case No. 17-20524-NVA<br>Chapter 7 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR4<br><br>    Movant<br>v.<br><br>STEVEN E. DOWNEY<br><br>and<br><br>MONIQUE D. ALMY<br>CHAPTER 7 TRUSTEE<br><br>    Respondents | Motion No. |

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 64907

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable THE BANK OF NEW YORK MELLON F/K/A THE

BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR4, its successors and/or assigns, to proceed with the foreclosure sale against the real property and improvements known as 5 Northampton Rd, Timonium, MD 21093, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtors' interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

cc: Mark D. Meyer, Esq.
    Rosenberg & Associates, LLC
    4340 East West Highway, Suite 600
    Bethesda, MD 20814

    Steven E. Downey
    5 Northampton Rd.
    Lutherville Timonium, MD 21093

    Monique D. Almy, Trustee
    Crowell & Moring
    1001 Pennsylvania Avenue, N.W. 10th Floor
    Washington, DC 20004-2595

    Robert M. Stahl, IV, Esquire
    Law Offices of Robert M. Stahl
    1142 York Road , Lutherville MD  21093

End of Order