```
                           United States Bankruptcy Court
                                District of Maryland
In re:                                                           Case No. 17-20524-NVA
Steven E. Downey                                                 Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: lalexande            Page 1 of 1              Date Rcvd: Oct 03, 2017
                              Form ID: pdfparty          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db             +Steven E. Downey,    5 Northampton Road,    Lutherville Timonium, MD 21093-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              Mark David Meyer    bankruptcy@rosenberg-assoc.com,  jansell@rosenberg-assoc.com
              Monique D. Almy    malmytrustee@crowell.com,  cbest@crowell.com,malmy@ecf.epiqsystems.com
              Robert M. Stahl    StahlLawCourt@comcast.net
                                                                                           TOTAL: 3



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 64907

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore**

| | |
|---|---|
| IN RE:<br><br>STEVEN E. DOWNEY<br><br>  Debtor | Case No. 17-20524-NVA<br>Chapter 7 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR4<br><br>  Movant<br>v.<br><br>STEVEN E. DOWNEY<br><br>and<br><br>MONIQUE D. ALMY<br>CHAPTER 7 TRUSTEE<br><br>  Respondents | Motion No. |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

  Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland

  ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable THE BANK OF NEW YORK MELLON F/K/A THE

BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR4, its successors and/or assigns, to proceed with the foreclosure sale against the real property and improvements known as 5 Northampton Rd, Timonium, MD 21093, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtors' interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

cc: Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Steven E. Downey
5 Northampton Rd.
Lutherville Timonium, MD 21093

Monique D. Almy, Trustee
Crowell & Moring
1001 Pennsylvania Avenue, N.W. 10th Floor
Washington, DC 20004-2595

Robert M. Stahl, IV, Esquire
Law Offices of Robert M. Stahl
1142 York Road , Lutherville MD  21093

End of Order