Certificate Number: 15317-MD-DE-030001866

Bankruptcy Case Number: 17-20524



15317-MD-DE-030001866

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 10, 2017</u>, at <u>7:10</u> o'clock <u>AM PDT</u>, <u>Steven E Downey</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date:   <u>October 10, 2017</u>          By:      <u>/s/Jonald Gutierrez</u>

Name:   <u>Jonald Gutierrez</u>

Title:   <u>Counselor</u>