Entered: November 14, 2017
Signed:  November 14, 2017

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   17−20524 − NVA     Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven E. Downey
*debtor has no known aliases*
5 Northampton Road
Lutherville Timonium, MD 21093

Social Security No.:   xxx−xx−5853

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 8/2/17.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Monique D. Almy is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** − *lalexander*